**Charles A. URREGO, Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Office of the Attorney General of the United States, United States Department of Justice, Federal Bureau of Investigation, United States Attorney for the Eastern District, Defendants–Appellees.**

**No. 05–3751–cv.**

United States Court of Appeals, Second Circuit.

June 20, 2006.

Edward G. Bailey, Bailey & Sherman, P.C., Douglaston, New York, for Appellant.

Kevin P. Mulry, Assistant United States Attorney (Roslynn R. Mauskopf, United States Attorney, on the brief), United States Attorney's Office for the Eastern District of New York, Brooklyn, New York, for Appellee.

PRESENT: THOMAS J. MESKILL, JOSÉ A. CABRANES, RICHARD C. WESLEY, Circuit Judges.

## SUMMARY ORDER

Plaintiff-appellant Charles Urrego appeals from two Memoranda and Orders of the District Court, *see Urrego v. United States,* 00 Civ. 1203 (E.D.N.Y. March 31, 2003); *Urrego v. United States,* 00 Civ. 1203, 2005 WL 1263291 (E.D.N.Y. May 27, 2005), which dismissed his complaints seeking to recover damages under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 *et seq.,* and *Bivens v. Six Unknown Named Agents,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Plaintiff alleged government misconduct arising out of his criminal prosecution and conviction for conspiracy to commit loansharking.

Upon reviewing the record, we conclude that plaintiff's claims on appeal are without merit. Accordingly, substantially for the reasons set forth in Judge Amon's careful and comprehensive decisions, we **AFFIRM** the judgment of the District Court.